FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C., | CASE NO.: 2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| vs. | |
| PAUL STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, individually; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; JOHN DOE 1 AS TRUSTEE OF PAUL C. STEELMAN AND MARYANN T. STEELMAN REVOCABLE LIVING TRUST; JOHN DOE 2 AS TRUSTEE OF STEPHEN P. STEELMAN IRREVOCABLE TRUST; JOHN DOE 3 AS TRUSTEE OF SUZANNE T. STEELMAN IRREVOCABLE TRUST; JOHN DOE 4 AS TRUSTEE OF THE STEELMAN ASSET PROTECTION TRUST; JOHN DOE 5-14 AS TRUSTEES OF THE ABC TRUSTS 1-10; JOHN DOES 15-24; and ABC COMPANIES 1-10, jointly, severally, and in the alternative, | **STIPULATION AND [PROPOSED] ORDER REQUESTING A TELEPHONIC CONFERENCE WITH THE COURT PURSUANT TO LOCAL RULE 1-1(B) TO RESOLVE OUTSTANDING DISCOVERY DISPUTE** |
| Defendants. | |

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Plaintiff, ERNEST BOCK, L.L.C. ("Plaintiff"), and Defendants PAUL STEELMAN, PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust, STEPHEN STEELMAN, and SUZANNE STEELMAN TAYLOR (collectively "Defendants," and together with Plaintiff, the "Parties," and each a "Party"), by and through their counsel of record, hereby stipulate, contingent upon this Court's approval, as follows:

1. In anticipation of producing certain documents and information during discovery in the above action (the "Action") that should be kept confidential, within the meaning of FED. R. CIV. P. 26(c), to protect the legitimate business interests of the Parties and the legitimate business interests of third parties from whom discovery will be sought, the Parties have worked together to agree upon the terms of the attached Stipulated Protective Order Regarding Confidential Information And Inadvertent Disclosure ("Protective Order"). *See* Exhibit A.

2. Despite the Parties' good faith efforts, one outstanding dispute remains that requires the intervention of the Court.

3. The Parties have agreed to permitted uses of discovery material produced in the Action that is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Order. Plaintiff believes that those permitted uses should include the Party's ability to file and use designated discovery material in other litigations and collections matters between and amongst the Parties that are currently ongoing or commence at any point as long as the Party filing and using the designated discovery material does so in a manner permitted under this Protective Order.

4. Conversely, Defendants' positon is that the Protective Order governs the production and use of material designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" in this Action, and that the Parties shall not use or disclose such designated material outside of this Action in other matters over which this Court does not have jurisdiction without prior consent from the designating Party or this Court.

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

5.     Because the Parties have been unable to resolve this dispute, by way of this Stipulation, the Parties hereby request that the Court schedule a telephonic conference with the Parties.

6.     To allow the Court to review the Parties' competing positions, the Parties have included bracketed and highlighted language within the Protective Order in the areas where a dispute remains. *See* Exhibit A. That bracketed and highlighted language reflects how the Protective Order would read if Plaintiff's position is accepted, whereas the plan text without the bracketed and highlighted language reflects how the Protective Order would read if Defendants' position is accepted. *See* Exhibit A.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that a telephonic hearing pursuant to Local Rule IA 1-1(b) is necessary to resolve the outstanding dispute between the Parties and hereby request the same.

| | |
|---|---|
| DATED: March 27, 2020. | DATED: March 27, 2020. |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| BY: */s/ Evan M. Labov*<br>DAVID J. LARSON, ESQ., #8837<br>dlarson@wwhgd.com<br>RYAN T. GORMLEY, Esq., #13494<br>rgormley@wwhgd.com<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br><br>JOHN F. PALLADINO, ESQ. *(pro hac vice)*<br>john@hankinsandman.com<br>EVAN M. LABOV, ESQ. *(pro hac vice)*<br>evanl@hankinsandman.com<br>HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.<br>30 South New York Avenue<br>Atlantic City, NJ 08401<br><br>*Attorneys for Plaintiff* | BY: */s/ Frank M. Flansburg III*<br>FRANK M. FLANSBURG III, ESQ., #6974<br>fflansburg@bhfs.com<br>EMILY A. ELLIS, ESQ., #11956<br>eellis@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>*Attorneys for Defendants* |

# ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a telephonic conference regarding the above referenced discovery dispute shall be conducted on **April 9, 2020, at 1:30 p.m.** All Parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

**IT IS SO ORDERED:**

Dated this 30th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY:  /s/ Frank M. Flansburg III
FRANK M. FLANSBURG III, ESQ., Bar No. 6974
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
*Attorneys for Defendant*