

David J. Larson, Esq.  
dlarson@wwhgd.com  
Nevada Bar No. 8837  
Ryan T. Gormley, Esq.  
rgormley@wwhgd.com  
Nevada Bar No. 13494  
WEINBERG, WHEELER, HUDGINS,  
  GUNN & DIAL, LLC  
6385 South Rainbow Blvd., Suite 400  
Las Vegas, Nevada 89118  
Telephone: (702) 938-3838  

*Local Counsel for Plaintiff,*  
*Ernest Bock L.L.C.*

John F. Palladino, Esq.  
john@hankinsandman.com  
*Admitted Pro Hac Vice*  
Evan M. Labov, Esq.  
evanl@hankinsandman.com  
*Admitted Pro Hac Vice*  
HANKIN SANDMAN PALLADINO  
  WEINTROB & BELL, P.C.  
30 South New York Avenue  
Atlantic City, NJ 08401  
Telephone: (609) 344-5161  

*Pro Hac Counsel for Plaintiff,*  
*Ernest Bock L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, individually, PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust, MARYANN STEELMAN, individually, MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust, STEPHEN STEELMAN, SUZANNE STEELMAN TAYLOR, JOHN DOE 1, as trustee of Paul C. Steelman and Maryann T. Steelman Revocable Living Trust, JOHN DOE 2, as trustee of Stephen P. Steelman Irrevocable Trust, JOHN DOE 3, as trustee of Suzanne T. Steelman Irrevocable Trust, JOHN DOE 4, as trustee of the Steelman Asset Protection Trust, JOHN DOES 5-14, as trustees of ABC trusts 1-10, JOHN DOES 15-24, and ABC COMPANIES 1-10, jointly, severally, and in the alternative, <br><br> Defendants. | Case No.: 2:19-cv-01065-JAD-EJY <br><br> **JOINT STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** <br><br> *(First Request)* |

Plaintiff Ernest Bock, L.L.C. ("Bock") and Defendants Paul Steelman, Maryann Steelman, Steelman Asset Protection Trust, Stephen Steelman, Suzanne Steelman Taylor, and Trustee of Paul C. Steelman and Maryann T. Steelman Revocable Living Trust's (collectively, "Defendants" or "Steelman Parties"), by and through their respective counsel, hereby submit this Joint Stipulation (the "Stipulation") to Extend the Time for Plaintiff to File an Opposition (the

1  "Opposition") to Defendants' Motion for a Protective Order (ECF No. 90) (the "Motion"). The
2  Motion was filed on December 22, 2020.
3        Under LR 7-2(b), the Opposition is currently due on Tuesday, January 5, 2021. Because
4  existing work obligations and holiday closures will render it challenging for Bock to comply
5  with the current filing deadline, the parties hereby stipulate to extend the time for Bock to file the
6  Opposition to **Tuesday, January 12, 2021**.
7        This is the first stipulation for an extension of time to file the Opposition. The
8  Stipulation is made in good faith and not for purposes of delay.

DATED: December 26, 2020.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

BY: _Evan M. Labov_
DAVID J. LARSON, ESQ., #8837
dlarson@wwhgd.com
RYAN T. GORMLEY, Esq., #13494
rgormley@wwhgd.com
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Local Counsel for Plaintiff*

**HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**

JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hankinsandman.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401

*Pro-Hac Counsel for Plaintiff*

DATED: December 26, 2020

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: _Emily A. Ellis_ .
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
Emily L. Dyer, Esq.
edyer@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED on this 28th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE