FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C.., | CASE NO.:  2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| vs. | |
| PAUL STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, individually; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; JOHN DOE 1 AS TRUSTEE OF PAUL C. STEELMAN AND MARYANN T. STEELMAN REVOCABLE LIVING TRUST; JOHN DOE 2 AS TRUSTEE OF STEPHEN P. STEELMAN IRREVOCABLE TRUST; JOHN DOE 3 AS TRUSTEE OF SUZANNE T. STEELMAN IRREVOCABLE TRUST; JOHN DOE 4 AS TRUSTEE OF THE STEELMAN ASSET PROTECTION TRUST; JOHN DOE 5-14 AS TRUSTEES OF THE ABC TRUSTS 1-10; JOHN DOES 15-24; and ABC COMPANIES 1-10, jointly, severally, and in the alternative, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE THIRD AMENDED COMPLAINT** |
| Defendants. | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

## STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE THIRD AMENDED COMPLAINT

Defendants Paul Steelman, Maryann Steelman, Steelman Asset Protection Trust, Stephen Steelman, Suzanne Steelman Taylor, Trustee of Paul C. Steelman and Maryann T. Steelman Revocable Living Trust, Trustee of Stephen P. Steelman Irrevocable Trust, and Trustee of Suzanne T. Steelman Irrevocable Trust (collectively "Steelman Parties"), and Plaintiff Ernest Bock, L.L.C ("Bock"), by and through their attorneys of record, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for the Steelman Parties to respond to the Third Amended Complaint as follows:

1.      Bock filed its Third Amended Complaint on December 30, 2020 (ECF No. 98);

2.      The Steelman Parties' response to the Third Amended Complaint is currently due on January 13, 2021;

3.      The Steelman Parties requested a two-week extension of time to respond to the Third Amended Complaint, and Bock provided the extension; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

22082248.1

2

1      4.     The parties agree and hereby stipulate, subject to this Court's approval, that the

2 deadline for the Steelman Parties to respond to the Third Amended is extended to January 27,

3 2021. The foregoing stipulation is made in good faith and is not made for the purpose of delay or

4 for any other improper purpose.

5 DATED: January 13, 2021             DATED: January 13 2021

6 **BROWNSTEIN HYATT FARBER**   **WEINBERG, WHEELER, HUDGINS,**
7 **SCHRECK, LLP**                   **GUNN & DIAL, LLC**

8 BY: */s/ Frank M. Flansburg III*        DAVID J. LARSON, ESQ., #8837
    FRANK M. FLANSBURG III, ESQ., #6974   dlarson@wwhgd.com
9     fflansburg@bhfs.com             RYAN T. GORMLEY, Esq., #13494
    EMILY A. ELLIS, ESQ., #11956       rgormley@wwhgd.com
10    eellis@bhfs.com                  6385 South Rainbow Blvd., Suite 400
    Emily L. Dyer, Esq.               Las Vegas, NV 89118
11    edyer@bhfs.com
    100 North City Parkway, Suite 1600
12    Las Vegas, NV 89106-4614        *Local Counsel for Plaintiff*

13 *Attorneys for Defendants*          **HANKIN, SANDMAN, PALLADINO,**
                                   **WEINTROB & BELL, P.C.**
14

15                                 BY: */s/ Evan M. Labov*
                                JOHN F. PALLADINO, ESQ. *(pro hac vice)*
16                               john@hankinsandman.com
                              EVAN M. LABOV, ESQ. *(pro hac vice)*
17                               evanl@hankinsandman.com
                              30 South New York Avenue
18                               Atlantic City, NJ 08401

19                               *Pro-Hac Counsel for Plaintiff*

20

21

22                                   **ORDER**

23 IT IS SO ORDERED on this ___13th___ day of _____January_____, 2021.

24

25                               ELAYNA J. YOUCHAH
26                               UNITED STATES MAGISTRATE JUDGE

27

28

Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101