UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNEST BOCK, L.L.C., | Case No. 2:19-cv-01065-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL STEELMAN, individually, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Extend Deadline to Respond to Plaintiff's Motion for Leave to File Fourth Amended Complaint and Request for Order Shortening Time for Briefing the Instant Motion Pursuant to Local Rule IA6-1. ECF No. 120. The Court considers Defendants' Motion on shortened time, without response, as it seeks a one week extension to file a response to Plaintiff's Motion for Leave to File Fourth Amended Complaint.

Setting aside the allegations regarding the reasons the requested extension was allegedly denied, the Court finds the one week extension reasonable. This will not delay this case or the decision on any pending motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend Deadline to Respond to Plaintiff's Motion for Leave to File Fourth Amended Complaint and Request for Order Shortening Time for Briefing the Instant Motion Pursuant to Local Rule IA6-1 (ECF No. 120) is GRANTED.

Defendant's response to Plaintiff's Motion for Leave to File Fourth Amended Complaint shall be due March 19, 2021.

Plaintiff's reply in support of the Motion for Leave to File Fourth Amended Complaint shall be due on or before March 31, 2021.

DATED THIS 11th day of March, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1