| | |
|---|---|
| David J. Larson, Esq. | John F. Palladino, Esq. |
| *dlarson@wwhgd.com* | *john@hankinsandman.com* |
| Nevada Bar No. 8837 | Evan M. Labov, Esq. |
| Ryan T. Gormley, Esq. | *evanl@hankinsandman.com* |
| *rgormley@wwhgd.com* | Sean P. Higgins, Esq. |
| Nevada Bar No. 13494 | seanh@hankinsandman.com |
| WEINBERG, WHEELER, HUDGINS, | HANKIN SANDMAN PALLADINO |
|   GUNN & DIAL, LLC |   WEINTROB & BELL, P.C. |
| 6385 South Rainbow Blvd., Suite 400 | 30 South New York Avenue |
| Las Vegas, Nevada 89118 | Atlantic City, NJ 08401 |
| Telephone: (702) 938-3838 | Telephone: (609) 344-5161 |

*Local Counsel for Plaintiff,*      *Pro Hac Counsel for Plaintiff,*
*Ernest Bock L.L.C.*      *Ernest Bock L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, <br><br> Defendants. | Case No.: 2:19-cv-01065-JAD-EJY <br><br><br><br><br><br><br> **JOINT STIPULATION SETTING ANSWER DEADLINE FOR CERTAIN DEFENDANTS** <br><br> *(First Request to Set Answer Deadlines)* |

Page 1 of 3

22793285.3

Plaintiff Ernest Bock, L.L.C. ("Bock"), the Steelman Parties[1], and the Entity Defendants[2], by and through the respective undersigned counsel, hereby submit this Joint Stipulation setting deadlines to file their answers to Bock's Fourth Amended Complaint.[3] The Steelman Parties shall file their answer(s) to Bock's Fourth Amended Complaint on or before **June 18, 2021**. The Entity Defendants shall file their answer(s) to Bock's Fourth Amended Complaint on or before **July 12, 2021**.

DATED: June 18, 2021.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

BY: _Sean P. Higgins_
DAVID J. LARSON, ESQ., #8837
dlarson@wwhgd.com
RYAN T. GORMLEY, Esq., #13494
rgormley@wwhgd.com
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Local Counsel for Plaintiff*

**HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**

JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hankinsandman.com
EVAN M. LABOV, ESQ. *(pro hac vice)*

DATED: June 18, 2021.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: _Emily L. Dyer_
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
EMILY L. DYER, ESQ., #14512
edyer@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for the Steelman Parties*

---

[1] The "Steelman Parties" refer to Defendants Paul Steelman, individually; Maryann Steelman, individually; Paul Steelman, as trustee of the Steelman Asset Protection Trust; Maryann Steelman, as trustee of the Steelman Asset Protection Trust; Stephen Steelman; Suzanne Steelman-Taylor; Paul Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; Maryann Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; and Paul Steelman, as trustee of the Paul Steelman Gaming Asset Protection Trust.

[2] The "Entity Defendants" refer to Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B; SMMR, LLC; SMMR, LLC, Series A-Z; SSSSS, LLC; SSSSS, LLC, Series, B; and Steelman Partners, LLP. Bock named SMMR, LLC, Series A-Z and Christiania, LLC, Series A-Z as defendants and contends that they consist of fifty-two (52) separate defendants (i.e., SMMR, LLC, Series A; SMMR, LLC, Series B; etc.). Defendants disagree. In the interest of brevity for this Stipulation, those defendants have been stylized as "Series A-Z."

[3] This stipulation does not include Defendants Jim Main, as trustee of the Steelman Asset Protection Trust; Aaron Squires; and Matthew Mahaney because Aaron Squires and Matthew Mahaney have not yet appeared and Bock is still in the process of serving Jim Main, as trustee of the Steelman Asset Protection Trust.

22793285.3

evanl@hankinsandman.com
SEAN P. HIGGINS, ESQ. (*pro hac vice*)
seanh@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

DATED: June 18, 2021.

**BALLARD SPAHR, LLP**

BY: *Maria A. Gall*
MARIA A. GALL, ESQ., #14200
gallm@ballardspahr.com
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
*Attorney for the Entity Defendants*

**ORDER**

IT IS SO ORDERED on this __21st__ day of _____June_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3
22793285.3