| | |
|---|---|
| 1 | JEFFREY P. LUSZECK, ESQ. |
| 2 | Nevada Bar No. 9619 |
|   | jluszeck@sdfnvlaw.com |
| 3 | SOLOMON DWIGGINS FREER & STEADMAN, LTD. |
|   | 9060 West Cheyenne Avenue |
| 4 | Las Vegas, Nevada 89129 |
|   | Telephone: (702) 853-5483 |
| 5 | Facsimile: (702) 853-5485 |
| 6 | *Attorneys for Defendants, Aaron Squires, Esq. and Matthew Mahaney, Esq.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C.., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, <br><br> Defendants. | CASE NO.: 2:19-cv-01065-JAD-EJY <br><br> **JOINT STIPULATION SETTING RESPONSIVE PLEADING DEADLINE FOR DEFENDANTS AARON SQUIRES AND MATTHEW MAHANEY** <br><br> *(First Request to Set Responsive Pleading Deadline)* |

Plaintiff Ernest Bock, L.L.C. ("Bock"), and Defendants Aaron Squires, Esq. and Matthew Mahaney, Esq. (collectively, "Defendants"), by and through their respective counsel, hereby submit

1

this Joint Stipulation (the "Stipulation") setting deadlines to file their responsive pleading to Bock's Fourth Amended Complaint (ECF No. 133). The Defendants shall file their responsive pleading to Bock's Fourth Amended Complaint on or before **July 23, 2021**.

DATED: June 30, 2021

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

By: /s/ David Larson
DAVID J. LARSON, ESQ., #8837
dlarson@wwhgd.com
RYAN T. GORMLEY, ESQ., #13494
rgormley@wwhgd.com
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Local Counsel for Plaintiff*

HANKIN, SANDMAN, PALLADINO,
WEINTROB & BELL, P.C.

JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hankinsandman.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401

*Pro-Hac Counsel for Plaintiff*

DATED: June 30, 2021

SOLOMON DWIGGINS FREER &
STEADMAN, LTD.

By: /s/ Jeffrey P. Luszeck
JEFFREY P. LUSZECK, ESQ., #9619
jluszeck@sdfnvlaw.com
9060 W. Cheyenne Avenue
Las Vegas, NV 89129

**ORDER**

IT IS SO ORDERED on this 6th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE