UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNEST BOCK, L.L.C., | Case No. 2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL STEELMAN, individually, et al., | |
| Defendants. | |

Pending before the Court is Defendants Steelman Parties' Countermotion for Protective Order and Motion for Order Shortening Time on Briefing the Instant Motion Pursuant to Local Rule IA 6-1(D). ECF Nos. 198 and 199.

Defendants demonstrate on pages 6-7 of their Countermotion that a substantial number of discovery requests were propounded by Plaintiff on various defendants after the underlying judgment on which this case is largely based was vacated by the New Jersey appellate court and the time to appeal that order expired. The response dates arising from the propounded discovery all accrued before briefing on Defendants' Countermotion for Protective Order can be heard in the ordinary course. The Court further notes that Defendants filed a Motion to Stay the Case (ECF No. 201) that will not be fully briefed and decided before discovery responses are due. However, this Court's schedule does not allow for a hearing on the Motion to Shorten Time, let alone the Countermotion for Protective Order, before January 20, 2021, the first due date for discovery responses.

For these reasons, IT IS HEREBY ORDERED that the Motion for Order Shortening Time (ECF No. 199) is GRANTED as stated below.

IT IS FURTHER ORDERED that the following briefing schedule and Order regarding the due date for Defendants' responses to pending discovery shall apply:

1. Plaintiff's Reply in Support of his Motion to Extend Scheduling Deadlines (ECF No. 197) shall be due January 18, 2022;

1

2. Plaintiffs' Response to Defendants Steelman Parties' Countermotion for Protective Order shall be due January 21, 2022;

3. Defendants' Reply in support of their Countermotion for Protective Order shall be due February 4, 2022;

4. A hearing on Plaintiff's Motion to Extend Scheduling Deadlines (ECF No. 197) and Defendants' Countermotion for Protective Order (ECF No. 198) shall be held via Zoom on February 14, 2022 at 2 p.m. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on February 10, 2022, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The courtroom deputy shall email all participants with the Zoom link;

5. Defendants' responses to pending discovery shall be stayed until the Court issues a further order on the Countermotion for Protective Order; and,

6. No other written or oral discovery shall be respectively propounded or set until the Court issues further orders on Plaintiff's Motion to Extend or Defendants' Countermotion for Protective Order.

DATED this 11th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2