UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERNEST BOCK, L.L.C., | Case No. 2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL STEELMAN, individually, et al., | |
| Defendants. | |

Pending before the Court is Attorney Defendants' Motion for Protective Order and Motion for Order Shortening Time on Briefing the Instant Motion Pursuant to LR IA 6-1(D). ECF Nos. 206 and 207.

In their Motion for Order Shortening Time ("OST"), filed on January 14, 2022 (ECF No. 207), Attorney Defendants discuss interrogatories and document requests served by Plaintiff on these parties on December 22, 2021. Unlike the Steelman Defendants, Attorney Defendants do not state why they waited until January 14, 2022 to seek an OST, and they discuss no efforts to reach an agreement with Plaintiff regarding a briefing or hearing schedule prior to filing the instant motion. Also unlike the Steelman Defendants, Attorney Defendants have not filed a Motion to Stay the Case. Nonetheless, it is now true that the response date arising from the propounded discovery will accrue before briefing on Attorney Defendants' Motion for Protective Order (ECF No. 206) can be fully briefed and decided. It is also true that the Court set a briefing and hearing schedule for the Steelman Defendants based on substantially similar facts as presented in the instant Motion for Protective Order.

Despite Attorney Defendants' failure to meet and confer, the Court exercises its discretion in this unusual circumstance and HEREBY ORDERS that the Motion for Order Shortening Time (ECF No. 207) is GRANTED as stated below.

1

IT IS FURTHER ORDERED that the following briefing schedule and Order shall apply:

1. Plaintiff's Response to Attorney Defendants' Motion for Protective Order shall be due January 21, 2022;

2. Defendants' Reply in support of their Motion for Protective Order shall be due February 4, 2022;

3. A hearing on Plaintiff's Motion to Extend Scheduling Deadlines (ECF No. 197) and Attorney Defendants' Motion for Protective Order (ECF No. 206) shall be held via Zoom on February 14, 2022 at 2 p.m. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on February 10, 2022, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The courtroom deputy shall email all participants with the Zoom link;

4. Attorney Defendants' responses to pending discovery shall be stayed until the Court issues a further order on the Motion for Protective Order; and,

5. No other written or oral discovery shall be respectively propounded or set until the Court issues further orders on Plaintiff's Motion to Extend or Attorney Defendants' Motion for Protective Order.

DATED this 14th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE