| | |
|---|---|
| Ryan T. Gormley, Esq.<br>rgormley@wwhgd.com<br>Nevada Bar No. 13494<br>WEINBERG, WHEELER, HUDGINS,<br>  GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>Telephone: (702) 938-3838<br>Facsimile: (702) 938-3864 | John F. Palladino, Esq. (PHV)<br>john@hankinsandman.com<br>Evan M. Labov, Esq. (PHV)<br>evanl@hankinsandman.com<br>HANKIN, SANDMAN, PALLADINO,<br>  WEINTROB & BELL, P.C.<br>30 South New York Avenue<br>Atlantic City, NJ 08401<br>Telephone: (609) 344-5161<br>*Attorneys for Plaintiff*<br>*Ernest Bock, L.L.C.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERNEST BOCK, L.L.C.,

    Plaintiff,

vs.

PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY,

    Defendants.

Case No.: 2:19-cv-01065-JAD-EJY

**STIPULATION TO SUBSTITUTE COUNSEL**

Pursuant to LR IA 11-6, Plaintiff Ernest Bock, LLC, ("Plaintiff"), by and through its undersigned counsel, hereby submits this stipulation to substitute its current Designated Resident Nevada Counsel, David J. Larson, Esq., with Ryan T. Gormley, Esq. Mr. Larson serves as Designated Resident Nevada Counsel for John F. Palladino, Esq. (ECF No. 7) and Evan M. Labov, Esq. (ECF No. 8).

In addition, given that Mr. Larson is in the process of retiring from the Nevada State Bar, it is requested that he be withdrawn from this matter and removed from the CM/ECF service list (dlarson@wwhgd.com) and any other service lists for this matter. Plaintiff will continue to be represented by undersigned counsel.

Plaintiff and its undersigned attorneys stipulate that:

Pursuant to the requirements of the Local Rules of Practice for this Court, Plaintiff believes it to be in the best interests of the client(s) to designate Ryan T. Gormley, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 6385 S. Rainbow Blvd, Suite 400, Las Vegas, NV 89118; rgormley@wwhgd.com.

By this designation Plaintiff and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

The undersigned party appoints Ryan T. Gormley as their Designated Resident Nevada Counsel in this case.

Thomas E. Bock
Managing Member
Plaintiff Ernest Bock, L.L.C.

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Ryan T. Gormley
Designated Resident Nevada Counsel's signature

13494
Bar Number

rgormley@wwhgd.com
Email Address

Represented Client:

Thomas E. Bock
Managing Member

*Withdrawing Attorney:*

/s/ David J. Larson
David J. Larson, Esq.

*Plaintiff's Counsel:*

/s/ *Ryan T. Gormley*
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

/s/ *John F. Palladino*
John F. Palladino, Esq.
*Admitted Pro Hac Vice*
HANKIN, SANDMAN, PALLADINO,
    WEINTROB & BELL, P.C.
30 South New York Avenue
Atlantic City, NJ  08401

/s/ *Evan M. Labov*
Evan M. Labov, Esq.
*Admitted Pro Hac Vice*
HANKIN, SANDMAN, PALLADINO,
    WEINTROB & BELL, P.C.
30 South New York Avenue
Atlantic City, NJ  08401

**IT IS SO ORDERED:**

Dated: this ___9th___ day of ___February___, 2024.

_____
UNITED STATES MAGISTRATE JUDGE