Jeffrey P. Luszeck, Esq.
Nevada Bar No. 9619
jluszeck@sdfnvlaw.com
Roberto M. Campos, Esq.
Nevada Bar No. 15189
rcampos@sdfnvlaw.com
SOLOMON DWIGGINS FREER & STEADMAN, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Defendant Matthew Mahaney, Esq.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, <br><br> Defendants. | CASE NO.: 2:19-cv-01065-JAD-EJY <br><br> **JOINT STIPULATION EXTENDING DUE DATE UNDER F.R.C.P. 12(a)(4)(A) FOR ANSWER FROM DEFENDANT MATTHEW MAHANEY** <br><br> *(First Request to Extend Due Date Under F.R.C.P. 12(a)(4)(A) for Answer)* |

Plaintiff Ernest Bock, L.L.C. ("Bock"), and Defendant Matthew Mahaney, Esq. ("Mahaney"), by and through their respective counsel, hereby submit this Joint Stipulation

1

extending the due date, under F.R.C.P. 12(a)(4)(A), to file Mahaney's Answer to Bock's Fourth Amended Complaint (ECF No. 133) following denial of Mahaney's Motion to Dismiss (ECF No. 259).  Mahaney shall file his Answer to Bock's Fourth Amended Complaint on or before **March 21, 2024**.

| | |
|---|---|
| DATED: March 11, 2024 | DATED: March 11, 2024 |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | SOLOMON DWIGGINS FREER & STEADMAN, LTD. |
| /s/ Evan Labov<br>By: _____<br>Ryan T. Gormley, Esq.<br>Nevada Bar No. 13494<br>rgormley@wwhgd.com<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br><br>*Local Counsel for Plaintiff*<br><br>HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.<br><br>John F. Palladino, Esq. *(pro hac vice)*<br>john@hankinsandman.com<br>Evan M. Labov, Esq. *(pro hac vice)*<br>evanl@hankinsandman.com<br>30 South New York Avenue<br>Atlantic City, New Jersey 08401<br><br>*Pro-Hac Counsel for Plaintiff* | /s/ Roberto M. Campos<br>By: _____<br>Jeffrey P. Luszeck, Esq.,<br>Nevada Bar No 9619<br>jluszeck@sdfnvlaw.com<br>Roberto M. Campos, Esq.<br>Nevada Bar No. 15189<br>rcampos@sdfnvlaw.com<br>9060 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br><br>*Counsel for Defendant Matthew Mahaney* |

**ORDER**

IT IS SO ORDERED on this 12th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE