Jeffrey P. Luszeck, Esq.
Nevada Bar No. 9619
jluszeck@sdfnvlaw.com
Roberto M. Campos, Esq.
Nevada Bar No. 15189
rcampos@sdfnvlaw.com
SOLOMON DWIGGINS FREER & STEADMAN, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Defendant Matthew Mahaney, Esq.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C., | CASE NO.:  2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| vs. | |
| PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, | **JOINT STIPULATION EXTENDING DUE DATE UNDER F.R.C.P. 12(a)(4)(A) FOR ANSWER FROM DEFENDANT MATTHEW MAHANEY**<br><br>***(Second Request to Extend Due Date Under F.R.C.P. 12(a)(4)(A) for Answer)*** |
| Defendants. | |

Plaintiff Ernest Bock, L.L.C. ("Bock"), and Defendant Matthew Mahaney, Esq. ("Mahaney"), by and through their respective counsel, hereby submit this Joint Stipulation

1

1   extending the due date, under F.R.C.P. 12(a)(4)(A), to file Mahaney's Answer to Bock's Fourth

2   Amended Complaint (ECF No. 133) following denial of Mahaney's Motion to Dismiss (ECF No.

3   259).  Mahaney shall file his Answer to Bock's Fourth Amended Complaint on or before **March**

4   **27, 2024**.

5   DATED: March 20, 2024                         DATED: March 20, 2024

6   WEINBERG, WHEELER, HUDGINS, GUNN &            SOLOMON DWIGGINS FREER & STEADMAN, LTD.
    DIAL, LLC

7

8        */s/ Evan M. Labov*                          */s/ Jeffrey P. Luszeck*
    By: _____              By: _____
9        Ryan T. Gormley, Esq.                        Jeffrey P. Luszeck, Esq.,
         Nevada Bar No. 13494                         Nevada Bar No 9619
10       rgormley@wwhgd.com                           jluszeck@sdfnvlaw.com
         6385 South Rainbow Blvd., Suite 400          Roberto M. Campos, Esq.
11       Las Vegas, Nevada 89118                      Nevada Bar No. 15189
                                                      rcampos@sdfnvlaw.com
12   *Local Counsel for Plaintiff*                    9060 W. Cheyenne Avenue
                                                      Las Vegas, Nevada 89129
13

14   HANKIN, SANDMAN, PALLADINO, WEINTROB        *Counsel for Defendant Matthew Mahaney*
    & BELL, P.C.

15   John F. Palladino, Esq. *(pro hac vice)*
    john@hankinsandman.com
16   Evan M. Labov, Esq. *(pro hac vice)*
    evanl@hankinsandman.com
17   30 South New York Avenue
    Atlantic City, New Jersey 08401
18
19   *Pro-Hac Counsel for Plaintiff*

20                        **<u>ORDER</u>**

21       IT IS SO ORDERED on this 21st day of March, 2024.

22

23

24   _____
    UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                2