FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Defendants Steelman Parties*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C., | CASE NO.: 2:19-cv-01065-JAD-EJY |
| Plaintiff, | |
| vs. | |
| PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY | **STIPULATION EXTENDING BRIEFING DEADLINE FOR MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Ernest Bock, L.L.C. ("Bock"), through the law firm of Hankin Sandman Palladino Weintrob & Bell, P.C.; Defendants Paul Steelman, Maryann Steelman, Paul Steelman as the trustee of the Steelman Asset Protection Trust, Maryann Steelman as the trustee of the Steelman Asset Protection Trust; Stephen Steelman, Suzanne Steelman Taylor, Paul Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust, Maryann Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; Paul Steelman as the trustee of the Paul Steelman Gaming Asset Protection Trust (collectively, the "Steelman Parties"), through the law firm of Brownstein Hyatt Farber Schreck, LLP; Defendants Christiania, LLC, Christiania, LLC, Series A-Z, Competition Interactive, LLC, Keepsake, Inc., Paul Steelman Design Group, Inc., Paul Steelman, Ltd., SAPT Holdings, LLC, Series B, SMMR, LLC, SMMR, LLC, Series A-Z, SSSSS, LLC, SSSSS, LLC, Series B, and Steelman Partners, LLP (collectively, the "Corporate Defendants"), through the law firm of Greenberg Traurig, LLP; and Defendant Matthew Mahaney (collectively, "Attorney Defendant"), by and through his counsel, the law firm Solomon Dwiggins Freer & Steadman, Ltd., hereby submit this Stipulation (the "Stipulation"), subject to this Court's approval, to continue the briefing deadlines relating to Plaintiff's Motion to Compel Discovery (ECF No. 269), which are currently set as follows: Response deadline of September 27, 2024, and a Reply deadline of October 4, 2024.  This is the parties' first request to extend these deadlines.

1. On July 31, 2024, the Court held a Status Check regarding discovery in this matter. (ECF No. 267.)

2. During the hearing, the Court ordered a briefing schedule for Plaintiff's Motion to Compel relating to the Defendants' privilege logs as follows: Motion deadline of September 13, 2024, Response deadline of September 27, 2024, and a Reply deadline of October 4, 2024. (*See id.*)

3. Following the hearing, and in the interest of attempting to resolve any portion of the dispute amicably and without Court intervention, the Steelman Parties began re-reviewing and analyzing all entries on their privilege log.  As the privilege log is voluminous, this process has required counsel to dedicate significant hours to the project.

4. Before filing the Motion to Compel, the Steelman Parties continued their review of their privilege log and engaged with Plaintiff with continued meet and confer efforts that the parties would extend beyond the filing of the Motion to Compel given the age of the dispute, the complexity of the privilege issues, and the volume of material to review and analyze.

5. On September 13, 2024, Plaintiff filed its Motion to Compel (ECF No. 269), identifying particular line items of the privilege log that it takes issue with, as well as making general arguments about certain privilege assertions.

6. Because the Steelman Parties are still engaging in the re-review and analysis of the privilege log and the specific items listed by Plaintiff, counsel for the Steelman Parties reached out to Plaintiff's counsel noting that the review may resolve some of the disputed issues raised in the Motion to Compel and seeking, in the interest of judicial economy and the preservation of the time and resources of the parties, a short two-week extension of the briefing deadlines to continue their meet and confer efforts.

7. Counsel for Plaintiff agreed to the same, and the parties hereby submit to the Court, subject to the Court's approval, the following proposed deadlines: Response deadline of October 11, 2024, and a Reply deadline of October 18, 2024.

8. Because the short extension will provide the Steelman Parties with the time necessary to determine whether some of the issues in the Motion to Compel can be resolved without Court intervention, the parties submit that good cause exists to grant the stipulation and extend the deadlines as requested herein.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

9. Based on the foregoing, the parties respectfully request that the Court grant the stipulation and approve the deadlines outlined herein.

Dated: September 26, 2024.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

BY: */s/ Ryan T. Gormley*
RYAN T. GORMLEY, Esq., #13494
rgormley@wwhgd.com
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Local Counsel for Plaintiff*

**HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**

BY: */s/ Evan M. Labov*
JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hankinsandman.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

Dated: September 26, 2024.

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**

BY: */s/ Jeffrey P. Luszeck*
JEFFREY P. LUSZECK, ESQ., #9619
jluszeck@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for the Professional Defendants*

**GREENBERG TRAURIG, LLP**

BY: */s/ Joel E. Tasca*
JOEL E. TASCA
joel.tasca@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for the Corporate Defendants*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Emily A. Ellis*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
EMILY L. DYER, ESQ., #14512
edyer@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for the Steelman Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: September 26, 2024

4