Ryan T. Gormley, Esq.
rgormley@wwhgd.com
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Tel: (702) 938-3838
*Local Counsel for*
*Plaintiff, Ernest Bock, L.L.C.*

John F. Palladino, Esq.
john@hankinsandman.com
Evan M. Labov, Esq.
evanl@hankinsandman.com
HANKIN SANDMAN PALLADINO
WEINTROB & BELL, P.C.
30 South New York Avenue
Atlantic City, NJ 08401
Tel: (609) 344-5161
*Pro Hac Counsel for*
*Plaintiff, Ernest Bock, L.L.C.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ERNEST BOCK, L.L.C.,**<br><br>**Plaintiff,**<br><br>v.<br><br>PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT | CASE NO.: 2:19-cv-01065-JAD-EJY<br><br><br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE ON MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TO DISMISS COMPLAINT**<br>**(FIRST REQUEST)**<br><br>[ECF No. 280] |

| HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, |
|---|
| Defendants. |

Plaintiff Ernest Bock, L.L.C. ("Bock"), through the law firm of Hankin Sandman Palladino Weintrob & Bell, P.C., and Defendants Paul Steelman, Maryann Steelman, Paul Steelman as the trustee of the Steelman Asset Protection Trust, Maryann Steelman as the trustee of the Steelman Asset Protection Trust; Stephen Steelman, Suzanne Steelman Taylor, Paul Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust, Maryann Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; Paul Steelman as the trustee of the Paul Steelman Gaming Asset Protection Trust (collectively, the "Steelman Parties"), through the law firm of Brownstein Hyatt Farber Schreck; Defendants Christiania, LLC, Christiania, LLC, Series A-Z, Competition Interactive, LLC, Keepsake, Inc., Paul Steelman Design Group, Inc., Paul Steelman, Ltd., SAPT Holdings, LLC, Series B, SMMR, LLC, SMMR, LLC, Series A-Z, SSSSS, LLC, SSSSS, LLC, Series B, and Steelman Partners, LLP (collectively, the "Corporate Defendants"), through the law firm of Greenberg Traurig, LLP submit this Stipulation (the "Stipulation"); and Defendant Matthew Mahaney ("Mahaney"), through the law firm of Solomon Dwiggins Freer & Steadman, LTD., hereby stipulate, subject to this Court's approval, to continue the briefing deadlines relating to the Steelman Parties' Motion to Enter Partial Judgment on the Pleadings and to Dismiss Complaint (Doc. 274) and Corporate Defendants and Mahaney's Joinders of same (Doc. 278 and Doc. 279) for a period of fourteen (14) days. The deadlines are currently set as follows: Response deadline of Friday, October 25, 2024, and a Reply deadline of Friday, November 1, 2024. The parties are requesting deadlines set as

follows: Response Deadline of Friday, November 8, 2024, and a Reply deadline of Friday, November 15, 2024. This is the parties' first request to extend these deadlines.

The schedules of Bock's counsel in a number of pending matters severely limits their time to prepare a response to the Motion and Joinders, which seek dismissal of important aspects of Plaintiff's Fourth Amended Complaint. Among other matters: Plaintiff's reply in support of their Motion to Compel (Doc. 269) is due on October 18th; a two-full-day hearing is set for October 22nd and 23rd in the New Jersey matter between Bock and certain Steelman Defendants (New Jersey Superior Court, ATL-2294-15), which will also require preparation time; counsel has a brief in opposition to cross-motion due in another matter on October 18th; and counsel has a motion for reconsideration that must be filed by October 22nd in another matter.

Based on the foregoing, the parties respectfully request that the Court grant the stipulation and approve the deadlines outlined herein.

**HANKIN, SANDMAN, PALLADINO,**
**WEINTROB & BELL, P.C.**

BY: *Evan M. Labov*
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*
DATED: 10/16/2024

**SOLOMON DWIGGINS FREER &**
**STEADMAN, LTD.**

BY: *Jeffrey P. Luszeck*
JEFFREY P. LUSZECK, ESQ., #9619
jluszeck@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for the Professional Defendants*
DATED: 10/16/2024

**GREENBERG TRAURIG, LLP**
BY: *Joel E. Tasca*
JOEL E. TASCA
joel.tasca@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for the Corporate Defendants*
DATED: 10/16/2024

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
BY: *Frank M. Flansberg*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
100 North City Parkway, Suite 1600 Las Vegas, NV 89106-4614
*Attorneys for the Steelman Defendants*
DATED: 10/16/2024

## ORDER

Based on the parties' stipulation **[ECF No. 280]** and with good cause appearing, the deadline to respond to the defendants' motion for judgment [ECF No. 274] is extended to **November 8, 2024**. The reply is due **November 15, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
October 16, 2024