FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Steelman Parties*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C.,<br><br>        Plaintiff,<br>vs.<br><br>PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY<br><br>        Defendants. | CASE NO.: 2:19-cv-01065-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING REPLY DEADLINE FOR MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TO DISMISS COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>*Extends deadline for reply in support of ECF No. 274 to 11/22/24* |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Plaintiff Ernest Bock, L.L.C. ("Bock"), through the law firm of Hankin Sandman Palladino Weintrob & Bell, P.C.; Defendants Paul Steelman, Maryann Steelman, Paul Steelman as the trustee of the Steelman Asset Protection Trust, Maryann Steelman as the trustee of the Steelman Asset Protection Trust; Stephen Steelman, Suzanne Steelman Taylor, Paul Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust, Maryann Steelman as the trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; Paul Steelman as the trustee of the Paul Steelman Gaming Asset Protection Trust (collectively, the "Steelman Parties"), through the law firm of Brownstein Hyatt Farber Schreck, LLP; Defendants Christiania, LLC, Christiania, LLC, Series A-Z, Competition Interactive, LLC, Keepsake, Inc., Paul Steelman Design Group, Inc., Paul Steelman, Ltd., SAPT Holdings, LLC, Series B, SMMR, LLC, SMMR, LLC, Series A-Z, SSSSS, LLC, SSSSS, LLC, Series B, and Steelman Partners, LLP (collectively, the "Corporate Defendants"), through the law firm of Greenberg Traurig, LLP; and Defendant Matthew Mahaney (collectively, "Attorney Defendant"), by and through his counsel, the law firm Solomon Dwiggins Freer & Steadman, Ltd., hereby submit this Stipulation (the "Stipulation"), subject to this Court's approval, to extend the deadline for the Steelman Parties to file their Reply in support of their Motion to Enter Partial Judgment on the Pleadings and to Dismiss Complaint ("Motion") (Doc. 274) for a period of seven (7) days. Pursuant to the Parties' prior stipulation, the deadlines are currently set as follows: Response Deadline of Friday, November 8, 2024, and a Reply deadline of Friday, November 15, 2024. This stipulation seeks to extend the Reply deadline to November 22, 2024. This is the Parties' second request to extend the briefing on the Motion.

1. On October 11, 2024, the Steelman Parties filed their Motion (ECF No. 274).

2. Thereafter, on October 17, 2024, the Court approved the Parties' stipulation to extend the briefing schedule on the Motion by two weeks, resulting in the Response deadline of November 8, 2024, and the Reply deadline of November 15, 2024 ("First Stipulation") (ECF No. 281). The First Stipulation was based upon Bock's counsel's need for additional time to oppose the Motion in light of other deadlines and hearings.

3. On November 8, 2024, Bock filed its response to the Motion.

4. Given scheduling conflicts, counsel for the Steelman Parties emailed Bock's counsel

2

seeking a **one-week extension to file their Reply. Counsel granted the request, resulting in the Steelman Parties' Reply being due on November 22, 2024.**

5. Based on the foregoing, the Parties respectfully request that the Court grant the stipulation and approve the Reply deadline outlined herein.

Dated: November 14, 2024.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

BY: */s/ Ryan T. Gormley*
RYAN T. GORMLEY, Esq., #13494
rgormley@wwhgd.com
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Local Counsel for Plaintiff*

**HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**

BY: */s/ Evan M. Labov*
JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hankinsandman.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hankinsandman.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

Dated: November 14, 2024.

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**

BY: */s/ Jeffrey L. Luszeck*
JEFFREY P. LUSZECK, ESQ., #9619
jluszeck@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for the Professional Defendants*

**GREENBERG TRAURIG, LLP**

BY: */s/ Joel E. Tasca*
JOEL E. TASCA
joel.tasca@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for the Corporate Defendants*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Emily A. Ellis*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for the Steelman Defendants*

**ORDER**

**IT IS SO ORDERED**.

_____
U.S. DISTRICT JUDGE

Dated: 11/15/24