| | |
|---|---|
| Ryan T. Gormley, Esq. | John F. Palladino, Esq. |
| *rgormley@wwhgd.com* | *john@hpattorneys.com* |
| Nevada Bar No. 13494 | Evan M. Labov, Esq. |
| WEINBERG, WHEELER, HUDGINS, | *evanl@hpattorneys.com* |
|   GUNN & DIAL, LLC | HANKIN PALLADINO WEINTROB |
| 6385 South Rainbow Blvd., Suite 400 | BELL & LABOV, P.C. |
| Las Vegas, Nevada 89118 | 30 South New York Avenue |
| Telephone: (702) 938-3838 | Atlantic City, NJ 08401 |
| | Telephone: (609) 344-5161 |
| *Local Counsel for Plaintiff,* | |
| *Ernest Bock L.L.C.* | *Pro Hac Counsel for Plaintiff,* |
| | *Ernest Bock L.L.C.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, <br><br> Defendants. | Case No.: 2:19-cv-01065-JAD-EJY <br><br><br> **STIPULATION EXTENDING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND ANSWER** <br><br> (***FIRST REQUEST***) |

Page 1 of 3

30037151.2

Plaintiff Ernest Bock, L.L.C. ("Bock"), the Steelman Parties[1], the Corporate Defendants[2], and Matthew Mahaney, Esq. ("Mahaney") by and through their respective undersigned counsel, hereby stipulate, subject to this Court's approval, to continue the briefing deadlines relating to the Steelman Parties' Motion for Leave to Amend Answer (Doc. 292) for a period of twenty-one (21) days. The deadlines are currently set as follows: Response deadline of Friday, January 3, 2025, and a Reply deadline of Friday, January 10, 2025. The parties are requesting deadlines set as follows: Response Deadline of Friday, January 24, 2025, and a Reply deadline of Friday, January 31, 2025. This is the Parties' first request to extend these deadlines.

The subject Motion was filed by the Steelman Parties on December 20, 2024, in order to comply with the existing amendment deadline (December 30, 2024) but with the intention of extending the briefing schedule to not overlap with the holidays. Additionally, the subject Motion seeks leave to assert counterclaims in this matter for the first time against Bock and non-party Thomas E. Bock. The Motion raises numerous complex issues interwoven with the lengthy procedural history of multiple litigations. Among other significant issues are whether the Court has personal jurisdiction over Thomas E. Bock; whether amendment would be unduly prejudicial where certain proposed counterclaims have been litigated in New Jersey for nearly ten years; whether amendment is appropriate where the proposed counterclaims arise from agreements with New Jersey forum selection clauses that were previously enforced by the proposed counterclaimants; and whether amendment is appropriate where a New Jersey court previously denied a similar motion to amend in that matter filed by the current proposed counterclaimants.

---

[1] The "Steelman Parties" refer to Defendants Paul Steelman, individually; Maryann Steelman, individually; Paul Steelman, as trustee of the Steelman Asset Protection Trust ("SAPT"); Maryann Steelman, as trustee of the SAPT; Jim Main, as trustee of the SAPT; Stephen Steelman; Suzanne Steelman-Taylor; Paul Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust ("RLT"); Maryann Steelman, as trustee of the RLT; and Paul Steelman, as trustee of the Paul Steelman Gaming Asset Protection Trust.

[2] The "Corporate Defendants" refer to Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B; SMMR, LLC; SMMR, LLC, Series A-Z; SSSSS, LLC; SSSSS, LLC, Series, B; and Steelman Partners, LLP. Bock named SMMR, LLC, Series A-Z and Christiania, LLC, Series A-Z as defendants and contends that they consist of fifty-two (52) separate defendants (i.e., SMMR, LLC, Series A; SMMR, LLC, Series B; etc.). The Corporate Defendants disagree. In the interest of brevity, those defendants have been stylized as "Series A-Z."

Based on the foregoing, the parties respectfully request that the Court grant the stipulation and approve the deadlines outlined herein.

DATED: January 2, 2025.

**HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.**

BY: */s/ Evan M. Labov*
JOHN F. PALLADINO, ESQ.  *(pro hac vice)*
john@hpattorneys.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evanl@hptattorneys.com
30 South New York Avenue
Atlantic City, NJ  08401
*Pro-Hac Counsel for Plaintiff*

DATED: January 2, 2025.

**GREENBERG TRAURIG, LLP**

BY: */s/ Joel Edward Tasca*
JOEL EDWARD TASCA, ESQ.
joel.tasca@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for Corporate Defendants*

DATED: January 2, 2025.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Emily A. Ellis*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
*Attorneys for the Steelman Parties*

DATED: January 2, 2025.

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**

BY: */s/ Roberto M. Campos*
JEFFREY P. LUSZECK, ESQ.
jluszeck@sdfnvlaw.com
ROBERTO M. CAMPOS, ESQ.
rcampos@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Matthew Mahaney, Esq.*

## **ORDER**

IT IS SO ORDERED on this 2nd day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

30037151.2