| | |
|---|---|
| Ryan T. Gormley, Esq.<br>rgormley@wwhgd.com<br>Nevada Bar No. 13494<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>Tel: (702) 938-3838<br>*Local Counsel for*<br>*Plaintiff, Ernest Bock, L.L.C.* | John F. Palladino, Esq.<br>john@hpattorneys.com<br>Evan M. Labov, Esq.<br>evan@hpattorneys.com<br>HANKIN PALLADINO<br>WEINTROB BELL & LABOV, P.C.<br>30 South New York Avenue<br>Atlantic City, NJ 08401<br>Tel: (609) 344-5161<br>*Pro Hac Counsel for*<br>*Plaintiff, Ernest Bock, L.L.C.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST BOCK, L.L.C.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN TAYLOR; PAUL STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY,<br><br>　　　　　　　　　　　　Defendants. | CASE NO.: 2:19-cv-01065-JAD-EJY<br><br><br><br><br><br>JOINT STIPULATION EXTENDING BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS ON STEELMAN PARTIES MOTION FOR LEAVE TO AMENDED<br>(Doc. 292) |

30037151.2

Plaintiff Ernest Bock, LLC ("Bock") and the Steelman Parties by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, to continue the briefing deadline relating to the Steelman Parties' Motion for Leave to Amend Answer (ECF No. 292) for Steelman Parties' reply from the current date of Friday, January 31, 2025 for a period of an additional 14 days to Friday, February 14, 2025.

The stipulating parties further stipulate and agree, subject to this Court's approval, that the Bock's Opposition to Steelman Parties' Motion for Leave to Amend may exceed the 24-page limitations set forth in LR 7-3(b) by 10 pages, and that Steelman may exceed the 12-page limitation set forth in LR 7-3(b), by 10 pages, to reply to the Bock's Opposition to Steelman Parties' Motion for Leave to Amend. The extension of time and additional pages are necessitated by the significant number of issues raised by the Steelman Parties' Motion for Leave to Amend Answer related to their proposed counterclaims and party joinder and the necessity for significant discussion of the record in the related New Jersey litigation.

DATED: January 21, 2025

**HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.**

BY: */s/Evan M. Labov*
JOHN F. PALLADINO, ESQ. *(pro hac vice)*
john@hpattorneys.com
EVAN M. LABOV, ESQ. *(pro hac vice)*
evan@hptattorneys.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

DATED: January 21, 2025

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Frank M. Flansburg III*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., #11956
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for the Steelman Parties*

### ORDER

IT IS SO ORDERED on this 21st day of January, 2025

_____
U.S. MAGISTRATE JUDGE

30037151.2