| | |
|---|---|
| Jeremy R. Alberts, Esq. | John F. Palladino, Esq. |
| jalberts@wwhgd.com | john@hpattorneys.com |
| Nevada Bar No. 10497 | Evan M. Labov, Esq. |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | evan@hpattorneys.com |
| | HANKIN PALLADINO WEINTROB BELL & LABOV, P.C. |
| 6385 South Rainbow Blvd., Suite 400 | 30 South New York Avenue |
| Las Vegas, Nevada 89118 | Atlantic City, NJ 08401 |
| Telephone: (702) 938-3838 | Telephone: (609) 344-5161 |
| *Local Counsel for Plaintiff, Ernest Bock L.L.C.* | *Pro Hac Counsel for Plaintiff, Ernest Bock L.L.C.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C., | |
| Plaintiff, | |
| vs. | Case No.: 2:19-cv-01065-JAD-EJY |
| PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY, | **STIPULATION** |
| Defendants. | |

30037151.2

Plaintiff Ernest Bock, L.L.C. ("Bock"), the Steelman Parties[1], the Corporate Defendants[2], and Matthew Mahaney, Esq. ("Mahaney") by and through their respective undersigned counsel, hereby submit this Stipulation (the "Stipulation"), subject to the Court's approval, to provide that the disclosure of certain information and materials shall not result in the waiver of attorney-client privilege, work product, or any related privileges or protections.

The Parties are presently working to resolve certain disputes related to a privilege log produced by Bock in this matter. The same log was produced in related New Jersey litigation and was subject to two days of transcribed hearings before a special discovery master. As a result of those hearings, certain materials were produced for the first time or produced with revised redactions by Bock in the New Jersey litigation. Such proceedings and productions were, as agreed by the parties and directed by the special discovery master, without any waiver of privilege, work product, or related privileges or protections.

To assist in resolving their disputes regarding that log in this matter, Bock is willing to produce the hearing transcripts and post-hearing productions referenced above, so long as there are no waivers as a result. All Defendants have agreed that there will be no waiver as a result of such disclosures and have agreed to submit a stipulation obtaining an order of the Court that the disclosure will not result in waiver.

Federal Rule of Evidence 502(d) permits the Court to order that no waiver of privilege or protection results from a disclosure. Based on the foregoing, the Parties respectfully request that the Court grant this stipulation and Order that the disclosures discussed herein will not waive any

---

[1] The "Steelman Parties" refer to Defendants Paul Steelman, individually; Maryann Steelman, individually; Paul Steelman, as trustee of the Steelman Asset Protection Trust ("SAPT"); Maryann Steelman, as trustee of the SAPT; Jim Main, as trustee of the SAPT; Stephen Steelman; Suzanne Steelman-Taylor; Paul Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust ("RLT"); Maryann Steelman, as trustee of the RLT; and Paul Steelman, as trustee of the Paul Steelman Gaming Asset Protection Trust.

[2] The "Corporate Defendants" refer to Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B; SMMR, LLC; SMMR, LLC, Series A-Z; SSSSS, LLC; SSSSS, LLC, Series, B; and Steelman Partners, LLP. Bock named SMMR, LLC, Series A-Z and Christiania, LLC, Series A-Z as defendants and contends that they consist of fifty-two (52) separate defendants (i.e., SMMR, LLC, Series A; SMMR, LLC, Series B; etc.). The Corporate Defendants disagree. In the interest of brevity, those defendants have been stylized as "Series A-Z."

30037151.2

attorney-client privilege, work product protection, or other related privilege or protection.

DATED: June 24, 2025.

**HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.**

BY: */s/ Evan M. Labov*
EVAN M. LABOV, ESQ. *(pro hac vice)*
evan@hpattorneys.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

DATED: June 24, 2025.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Frank M. Flansburg*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for the Steelman Parties*

DATED: June 24, 2025.

**GREENBERG TRAURIG, LLP**

BY: */s/ Jerrell Berrios*
JOEL EDWARD TASCA, ESQ.
JERRELL BERRIOS, ESQ.
joel.tasca@gtlaw.com
berriosj@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for Corporate Defendants*

DATED: June 24, 2025.

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**

BY: */s/ Roberto M. Campos*
ROBERTO M. CAMPOS, ESQ.
rcampos@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Matthew Mahaney, Esq.*

## ORDER

IT IS SO ORDERED on this 25th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

30037151.2