JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel:      702-792-3773
Fax:      702-792-9002
Email:   joel.tasca@gtlaw.com
            berriosj@gtlaw.com

*Attorney for Defendants Christiania, LLC; Christiania, LLC,*
*Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul*
*Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT*
*Holdings, LLC, Series B, SMMR, LLC, SMMR, LLC, Series A-Z,*
*SSSSS, LLC, SSSSS, LLC, Series B; and Steelman Partners, LLP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BOCK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL STEELMAN, *et al.*, <br><br> Defendants. | CASE NO.:  2:19-cv-01065-JAD-EJY <br><br> **SECOND JOINT STIPULATION REGARDING OUTSTANDING WRITTEN DISCOVERY** |

Plaintiff Ernest Bock, L.L.C. ("Bock"), the Steelman Parties,[1] the Corporate Defendants,[2] and Matthew Mahaney, Esq. ("Mahaney," or collectively with the Steelman Parties and the Corporate Defendants, "Defendants"), through their respective counsel, hereby stipulate and agree

---

[1] The "Steelman Parties" refer to Defendants Paul Steelman, individually; Maryann Steelman, individually; Paul Steelman, as trustee of the Steelman Asset Protection Trust ("SAPT"); Maryann Steelman, as trustee of the SAPT; Jim Main, as trustee of the SAPT; Stephen Steelman; Suzanne Steelman-Taylor; Paul Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust ("RLT"); Maryann Steelman, as trustee of the RLT; and Paul Steelman, as trustee of the Paul Steelman Gaming Asset Protection Trust.

[2] The "Corporate Defendants" refer to Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B; SMMR, LLC; SMMR, LLC, Series A-Z; SSSSS, LLC; SSSSS, LLC, Series, B; and Steelman Partners, LLP.  Bock named SMMR, LLC, Series A-Z and Christiania, LLC, Series A-Z as defendants and contends that they consist of fifty-two (52) separate defendants (i.e., SMMR, LLC, Series A; SMMR, LLC, Series B; etc.).  The Corporate Defendants disagree.  In the interest of brevity, those defendants have been stylized as "Series A-Z."

1

ACTIVE 724065150v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

as follows:

1.    On March 30, 2026, the parties submitted a Joint Stipulation Regarding Outstanding Written Discovery (ECF No. 326), setting forth a stipulated deadline for Defendants to respond to Bock's respective outstanding written discovery requests as set forth therein within 45 days of April 1, 2026.[3]

2.    The Court granted the parties' stipulation, subject to the reservations set forth therein.  *See* ECF No. 329.

3.    As a matter of professional courtesy, the parties have stipulated to extend the deadline for Defendants to respond to their respective outstanding written discovery requests detailed in ECF No. 326 by 14 days.  Defendants shall provide written responses by June 1, 2026, subject to the same reservations set forth in ECF No. 326.

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

---

[3] Forty-five days after April 1, 2026, falls on Saturday, May 16, 2026.

2

**IT IS SO STIPULATED.**

DATED this 15th day of May, 2026.

**GREENBERG TRAURIG, LLP**


 /s/ Joel E. Tasca
JOEL E. TASCA, ESQ.
joel.tasca@gtlaw.com
JERRELL L. BERRIOS, ESQ.
berriosj@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorney for Defendants Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B, SMMR, LLC, SMMR, LLC, Series A-Z, SSSSS, LLC, SSSSS, LLC, Series B; and Steelman Partners, LLP*


DATED this 15th day of May, 2026.

**HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.**


 /s/ Evan M. Labov
JOHN F. PALLADINO, ESQ. (*pro hac vice*)
john@hpattorneys.com
EVAN M. LABOV, ESQ. (*pro hac vice*)
evanl@hpattorneys.com
30 South New York Avenue
Atlantic City, NJ 08401
Telephone: (609) 344-5161

*Pro Hac Counsel for Plaintiff, Ernest Bock L.L.C.*


DATED this 15th day of May, 2026.

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**


 /s/Roberto M. Campos
JEFFREY P. LUSZECK, ESQ.
jluszeck@sdfnvlaw.com
ROBERTO M. CAMPOS, ESQ.
rcampos@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129

*Attorney for Matthew Mahaney, Esq.*


DATED this 15th day of May, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**


 /s/ Frank M. Flansburg, III
FRANK M. FLANSBURG III, ESQ.
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ.
eellis@bhfs.com
100 North City Parkway, Suite 1600

*Attorneys for the Steelman Parties*


## ORDER

IT IS SO ORDERED

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

Dated:  May 18, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

3

ACTIVE 724065150v1