Jeremy R. Alberts, Esq.
*jalberts@wwhgd.com*
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838

*Local Counsel for Plaintiff,*
*Ernest Bock L.L.C.*

John F. Palladino, Esq.
*john@hpattorneys.com*
Evan M. Labov, Esq.
*evan@hpattorneys.com*
HANKIN PALLADINO WEINTROB
BELL & LABOV, P.C.
30 South New York Avenue
Atlantic City, NJ 08401
Telephone: (609) 344-5161

*Pro Hac Counsel for Plaintiff,*
*Ernest Bock L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERNEST BOCK, L.L.C.,

Plaintiff,

vs.

PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY,

Defendants.

Case No.: 2:19-cv-01065-JAD-EJY

**JOINT STATUS REPORT AND REQUEST FOR SCHEDULE EXTENSION**

***(Ninth Request)***





WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER HUDGINS GUNN & DIAL

Plaintiff Ernest Bock, L.L.C. ("Bock"), the Steelman Parties[1], the Corporate Defendants[2], and Matthew Mahaney, Esq. ("Mahaney") through their respective counsel, submit this Joint Status Report, in accordance with the Court's January 14, 2026, Order (ECF No. 323), and Stipulation and Proposed Order to Extend Discovery Deadlines ("Stipulation"), in accordance with LR 26-3. This is the ninth request to extend discovery deadlines.

On January 14, 2026, the Court approved the Parties' Eighth Request and Stipulation for Extension (ECF No. 323), which among other things, scheduled an August 17, 2026, Interim Status Report. In the Parties' April 15, 2026, Joint Status Report ("April Status Report") (ECF No. 324), the Parties noted that they would "report back to the Court on [the concern about the adequacy of the remaining discovery schedule] in their August 17, 2026, Interim Status report…". The Parties can now report that despite pushing forward and resolving a variety of outstanding discovery issues and providing further written responses and productions, those concerns remain, and, as discussed in more detail below, request that the case schedule be extended.

## I. DISCOVERY COMPLETED

### A. Disclosures

| | |
|---|---|
| Bock's Initial Disclosures | 2/24/2020 |
| Steelman Parties' Initial Disclosure Statement Pursuant to FRCP 26(a)(1) | 3/6/2020 |
| Steelman Parties' First Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 3/20/2020 |
| Steelman Parties' Second Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 6/26/2020 |
| Steelman Parties' Third Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 7/2/2020 |

[1] The "Steelman Parties" refer to Defendants Paul Steelman, individually; Maryann Steelman, individually; Paul Steelman, as trustee of the Steelman Asset Protection Trust ("SAPT"); Maryann Steelman, as trustee of the SAPT; Jim Main, as trustee of the SAPT; Stephen Steelman; Suzanne Steelman-Taylor; Paul Steelman, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust ("RLT"); Maryann Steelman, as trustee of the RLT; and Paul Steelman, as trustee of the Paul Steelman Gaming Asset Protection Trust.

[2] The "Corporate Defendants" refer to Christiania, LLC; Christiania, LLC, Series A-Z; Competition Interactive, LLC; Keepsake, Inc.; Paul Steelman Design Group, Inc.; Paul Steelman, Ltd.; SAPT Holdings, LLC, Series B; SMMR, LLC; SMMR, LLC, Series A-Z; SSSSS, LLC; SSSSS, LLC, Series, B; and Steelman Partners, LLP. Bock named SMMR, LLC, Series A-Z and Christiania, LLC, Series A-Z as defendants and contends that they consist of fifty-two (52) separate defendants (i.e., SMMR, LLC, Series A; SMMR, LLC, Series B; etc.). The Corporate Defendants disagree. In the interest of brevity, those defendants have been stylized as "Series A-Z."

| | |
|---|---|
| Steelman Parties' Fourth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 7/2/2020 |
| Steelman Parties' Fifth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 8/28/2020 |
| Bock's First Supplement to Its Initial Disclosures and Privilege Log | 9/9/2020 |
| Steelman Parties' Sixth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 9/16/2020 |
| Steelman Parties' Seventh Supplemental Disclosure Statement Pursuant to | 11/6/2020 |
| FRCP 26(a)(1) | |
| Steelman Parties' Eighth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 2/4/2021 |
| Steelman Parties' Ninth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 6/11/2021 |
| Corporate Defendants' Initial Disclosures Pursuant to FRCP 26 | 7/28/2021 |
| Defendant Aaron Squires, Esq.'s Initial Disclosures Pursuant to FRCP 26[3] | 8/13/2021 |
| Defendant Matthew Mahaney, Esq.'s Initial Disclosures Pursuant to FRCP 26 | 8/13/2021 |
| Steelman Parties' Tenth Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 8/13/2021 |
| Defendant Jim Main's, as Trustee of the SAPT, Initial Disclosure Statement Pursuant to FRCP 26(a)(1) | 9/8/2021 |
| Steelman Parties' Eleventh Supplemental Disclosure | 10/24/2024 |
| Steelman Parties' Revised Privilege Log | 2/28/2025 |
| Defendant Jim Main's Revised Privilege Log | 3/28/2025 |
| Non-Party CliftonLarsonAllen Privilege Log | 3/28/2025 |
| Corporate Defendants' First Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 3/28/2025 |
| Corporate Defendants' Privilege Log | 3/28/2025 |
| Non-Party Aaron Squires, Esq. and Defendant Matthew Mahaney, Esq.'s Revised Privilege Log | 4/9/2025 |
| Parties' Stipulation regarding Disclosure and FRE 502(d) | 6/26/2025 |
| Bock's Revised Privilege Log | 7/29/2025 |
| Steelman Parties' Twelfth Supplemental Disclosure | 6/1/2026 |
| Corporate Defendants' Second Supplemental Disclosure Statement Pursuant to FRCP 26(a)(1) | 6/15/2026 |

**A. Written Discovery**

| | |
|---|---|
| Bock's First Set of Interrogatories on Defendant Paul Steelman | 3/6/2020 |
| Bock's First Set of Interrogatories on Defendant Maryann Steelman | 3/6/2020 |
| Bock's First Set of Interrogatories on Defendant Stephen Steelman | 3/6/2020 |
| Bock's First Set of Interrogatories on Defendant Suzanne Steelman-Taylor | 3/6/2020 |
| Bock's First Set of Requests for Production on Defendant Paul Steelman | 3/6/2020 |
| Bock's First Set of Requests for Production on Defendant Maryann Steelman | 3/6/2020 |

[3] The Court dismissed Aaron Squires as a defendant on February 26, 2024.





WEINBERG WHEELER HUDGINS GUNN & DIAL

| | |
|---|---|
| Bock's First Set of Requests for Production on Defendant Stephen Steelman | 3/6/2020 |
| Bock's First Set of Requests for Production on Defendant Suzanne Steelman-Taylor | 3/6/2020 |
| Bock's Third-Party Subpoenas Duces Tecum to Twenty Non-Parties | 3/20/2020 |
| Non-Party Xianan Yang's Responses to Bock's Subpoena | 4/16/2020 |
| Non-Party Ticor Title of Nevada, Inc.'s Responses to Bock's Subpoenas | 4/21/2020 |
| Defendant Paul Steelman's Response to Bock's First Set of Requests for Production | 5/26/2020 |
| Defendant Maryann Steelman's Response to Bock's First Set of Requests for Production | 5/26/2020 |
| Defendant Stephen Steelman's Response to Bock's First Set of Requests for Production | 5/26/2020 |
| Defendant Suzanne Steelman-Taylor's Response to Bock's First Set of Requests for Production | 5/26/2020 |
| Defendant Paul Steelman's Supplemental Response to Bock's First Set of Requests for Production | 6/26/2020 |
| Defendant Maryann Steelman's Supplemental Response to Bock's First Set of Requests for Production | 6/26/2020 |
| Defendant Stephen Steelman's Supplemental Response to Bock's First Set of Requests for Production | 6/26/2020 |
| Defendant Suzanne Steelman-Taylor's Supplemental Response to Bock's First Set of Requests for Production | 6/26/2020 |
| Defendant Paul Steelman's Response to Plaintiff's First Set of Interrogatories | 6/26/2020 |
| Defendant Maryann Steelman's Response to Plaintiff's First Set of Interrogatories | 6/26/2020 |
| Defendant Stephen Steelman's Response to Plaintiff's First Set of Interrogatories | 6/26/2020 |
| Defendant Suzanne Steelman-Taylor's Response to Plaintiff's First Set of Interrogatories | 6/26/2020 |
| Defendant Paul Steelman's Second Supplemental Response to Bock's First Set of Requests for Production | 7/2/2020 |
| Defendant Maryann Steelman's Second Supplemental Response to Bock's First Set of Requests for Production | 7/2/2020 |
| Defendant Stephen Steelman's Second Supplemental Response to Bock's First Set of Requests for Production | 7/2/2020 |
| Defendant Suzanne Steelman-Taylor's Second Supplemental Response to Bock's First Set of Requests for Production | 7/2/2020 |
| Non-Party Entities' Responses to Bock's Subpoena Duces Tecum | 7/13/2020 |
| Defendant Paul Steelman's Third Supplemental Response to Bock's First Set of Requests for Production | 7/20/2020 |
| Defendant Paul Steelman's Fourth Supplemental Response to Bock's First Set of Request for Production | 8/28/2020 |
| Defendant Maryann Steelman's Third Supplemental Response to Bock's First Set of Request for Production | 8/28/2020 |
| Defendant Stephen Steelman's Third Supplemental Response to Bock's First Set of Request for Production | 8/28/2020 |
| Defendant Suzanne Steelman-Taylor's Third Supplemental Response to Bock's First Set of Request for Production | 8/28/2020 |

WEINBERG WHEELER HUDGINS GUNN & DIAL

| | |
|---|---|
| Defendant Paul Steelman's Fifth Supplemental Response to Bock's First Set of Request for Production | 9/16/2020 |
| Defendant Maryann Steelman's Fourth Supplemental Response to Bock's First Set of Request for Production | 9/16/2020 |
| Defendant Stephen Steelman's Fourth Supplemental Response to Bock's First Set of Request for Production | 9/16/2020 |
| Defendant Suzanne Steelman-Taylor's Fourth Supplemental Response to Plaintiff's First Set of Request for Production | 9/16/2020 |
| Non-Party Entity Christiania, LLC's First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Non-Party Entity Keepsake, Inc.'s First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Non-Party Entity SMMR, LLC's First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Non-Party Entity Paul Steelman Design Group, Inc.'s First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Non-Party Entity Paul Steelman, Ltd.'s First Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 9/23/2020 |
| Defendant Paul Steelman's Sixth Supplemental Response to Plaintiff's First Set of Request for Production | 11/6/2020 |
| Defendant Maryann Steelman's Fifth Supplemental Response to Plaintiff's First Set of Request for Production | 11/6/2020 |
| Defendant Stephen Steelman's Fifth Supplemental Response to Plaintiff's First Set of Request for Production | 11/6/2020 |
| Defendant Suzanne Steelman-Taylor's Fifth Supplemental Response to Plaintiff's First Set of Request for Production | 11/6/2020 |
| Non-Party Entity Christiania, LLC's Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity Keepsake, Inc.'s Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity Paul Steelman Design Group, Inc.'s Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity Paul Steelman, Ltd.'s Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity SMMR, LLC's Second Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 2/4/2021 |
| Non-Party Entity Christiania, LLC's Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/7/2021 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/7/2021 |
| Non-Party Entity Paul Steelman Design Group, Inc.'s Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/7/2021 |
| Non-Party Entity Paul Steelman, Ltd.'s Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/7/2021 |



WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER HUDGINS GUNN & DIAL

| | |
|---|---|
| Non-Party Entity SMMR, LLC's Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/7/2021 |
| Jim Main & CliftonLarsonAllen, LLP's Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/10/2021 |
| Non-Party Entity Christiania, LLC's Privilege Log | 5/12/2021 |
| Non-Party Entity Keepsake, Inc.'s Privilege Log | 5/12/2021 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s Privilege Log | 5/12/2021 |
| Non-Party Entity Paul Steelman Design Group, Inc.'s Privilege Log | 5/12/2021 |
| Non-Party Entity Paul Steelman, Ltd.'s Privilege Log | 5/12/2021 |
| Non-Party Entity SMMR, LLC's Privilege Log | 5/12/2021 |
| Non-Party Entity Keepsake, Inc's Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Non-Party Entity Christiania, LLC's Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Non-Party Entity Paul Steelman Design Group, Inc's Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Non-Party Entity Paul Steelman, Ltd.'s Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Non-Party Entity SMMR, LLC's Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/12/2021 |
| Steelman Parties' Production of Documents (for the period from January 1, 2010 through June 30, 2019) | 5/12/2021 |
| Steelman Parties' Privilege Log Relating to Documents Produced by Non-Party Aaron Squires, Esq. | 5/12/2021 |
| Steelman Parties' Privilege Log Relating to Documents Produced by Non-Party Jim Main and CliftonLarsonAllen, LLP | 5/12/2021 |
| Steelman Parties' Privilege Log | 5/12/2021 |
| Non-Party Aaron Squires, Esq.'s Production to Ernest Bock, LLC's Subpoena Duces Tecum | 5/19/2021 |
| Non-Party Entity Christiania, LLC's Fourth Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Non-Party Entity Keepsake, Inc.'s Third Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Non-Party Entity Pacific Casino & Entertainment Group, Ltd.'s Fourth Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Non-Party Entity SMMR, LLC's Fourth Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Non-Party Entity Paul Steelman Design Group, Inc.'s Fourth Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Non-Party Entity Paul Steelman, Ltd.'s Fourth Supplemental Response to Ernest Bock, LLC's Subpoena Duces Tecum | 5/21/2021 |
| Defendant Paul Steelman's Eighth Supplemental Response to Plaintiff's First Set of Request for Production | 5/28/2021 |
| Defendant Maryann Steelman's Seventh Supplemental Response to Plaintiff's First Set of Request for Production | 5/28/2021 |

WEINBERG WHEELER HUDGINS GUNN & DIAL

| | |
|---|---|
| Defendant Stephen Steelman's Seventh Supplemental Response to Plaintiff's First Set of Request for Production | 5/28/2021 |
| Defendant Suzanne Steelman-Taylor's Seventh Supplemental Response to Plaintiff's First Set of Request for Production | 5/28/2021 |
| Defendant Paul Steelman's Seventh Supplemental Response to Plaintiff's First Set of Request for Production | 6/14/2021 |
| Defendant Maryann Steelman's Sixth Supplemental Response to Plaintiff's First Set of Request for Production | 6/14/2021 |
| Defendant Stephen Steelman's Sixth Supplemental Response to Plaintiff's First Set of Request for Production | 6/14/2021 |
| Defendant Suzanne Steelman-Taylor's Sixth Supplemental Response to Plaintiff's First Set of Request for Production | 6/14/2021 |
| Corporate Defendants' Demand for Prior Discovery | 6/25/2021 |
| Non-Party Entity Christiania, LLC's Protected Document Production to Subpoena Duces Tecum | 7/2/2021 |
| Non-Party Entity Keepsake, Inc.'s Protected Document Production to Subpoena Duces Tecum | 7/2/2021 |
| Non-Party Entity SMMR, LLC's Protected Document Production to Subpoena Duces Tecum | 7/2/2021 |
| Steelman Parties' Protected Document Production to Plaintiff's First Sets of Requests for Production | 7/2/2021 |
| Defendant Paul Steelman's Ninth Supplemental Response to Plaintiff's First Set of Request for Production | 8/31/2021 |
| Defendant Maryann Steelman's Eighth Supplemental Response to Plaintiff's First Set of Request for Production | 8/31/2021 |
| Defendant Stephen Steelman's Eighth Supplemental Response to Plaintiff's First Set of Request for Production | 8/31/2021 |
| Defendant Suzanne Steelman-Taylor's Eighth Supplemental Response to Plaintiff's First Set of Request for Production | 8/31/2021 |
| Steelman Parties' First Supplemental Privilege Log | 8/31/2021 |
| Bock's First Set of Requests for Production on the Paul Steelman Gaming Asset Protection Trust | 12/22/2021 |
| Bock's First Interrogatories on the Paul Steelman Gaming Asset Protection Trust | 12/22/2021 |
| Bock's Second Interrogatories on the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust and the Steelman Asset Protection Trust | 12/22/2021 |
| Bock's Second Sets of Requests for Production on the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust and the Steelman Asset Protection Trust | 12/22/2021 |
| Bock's First Set of Requests for Production on Matt Mahaney | 12/22/2021 |
| Bock's First Interrogatories on Matt Mahaney | 12/22/2021 |
| Bock's First Sets of Requests for Production on Corporate Defendants | 12/22/2021 |
| Bock's First Interrogatories on Corporate Defendants | 12/22/2021 |
| Bock's Second Interrogatories on Paul and Maryann Steelman | 12/30/2021 |
| Bock's Second Sets of Requests for Production on Paul and Maryann Steelman | 12/30/2021 |
| Bock's Second Sets of Requests for Production on Corporate Defendants | 5/13/2024 |

| | |
|---|---|
| Bock's Second Sets of Requests for Production on Suzanne Steelman-Taylor's | 5/13/2024 |
| Bock's Third Sets of Requests for Production on Maryann Steelman, Paul Steelman, Suzanne Steelman-Taylor, the Paul C. Steelman, and Maryann T. Steelman Revocable Living Trust and the Steelman Asset Protection Trust | 5/13/2024 |
| Corporate Defendants' (excluding Paul Steelman Ltd.) Responses to Second Sets of Requests for Production | 7/9/2024 |
| Paul Steelman Ltd. Responses to Second Set of Requests for Production | 8/30/2024 |
| Corporate Defendants' Responses to Bock's First Set of Requests for Production | 6/15/2026 |
| Corporate Defendants' Response to Bock's First Set of Interrogatories | 6/15/2026 |
| Matt Mahaney's Response to Bock's First Set of Requests for Production | 6/29/2026 |
| Matt Mahaney's Response to Bock's First Interrogatories | 6/29/2026 |

### C. Discovery Status Conferences

| | |
|---|---|
| First Status Conference regarding Bock's Subpoenas to Non-Parties | 4/17/2020 |
| Second Status Conference regarding Bock's Subpoenas to Non-Parties | 5/28/2020 |
| Status Conference regarding Discovery Deadlines | 7/21/2024 |
| Status Conference regarding De-Designation and Production of Privileged Documents | 1/29/2025 |

### D. Discovery Motions

| | |
|---|---|
| Steelman Parties' Motion to Stay Discovery Pending Resolution of Their Motion to Dismiss and Motion for More Definite Statement | 2/18/2020 |
| Order Denying Motion to Stay Discovery Pending Resolution of Steelman | 3/17/2020 |
| Steelman Parties' Motion to Stay Discovery Pending Resolution of Bock's Motion for Reconsideration and Steelman Parties' Motion to Strike | 9/20/2020 |
| Steelman Parties' Motion for a Protective Order | 12/22/2020 |
| Bock's Countermotion for an Order to Compel Production of Documents & Privilege Logs by a Date Certain | 1/12/2021 |
| Steelman Parties' Countermotion for a Protective Order | 1/10/2022 |
| Aaron Squires, Esq. and Mahaney's Motion for a Protective Order | 1/14/2022 |
| Bock's Motion to Compel Production of Materials Designated Privileged | 9/13/2024 |

### E. Depositions

None.

## II. <u>DISCOVERY THAT REMAINS TO BE COMPELTED</u>

- Depositions of fact witnesses;
- Initial and rebuttal expert designations;

WEINBERG WHEELER HUDGINS GUNN & DIAL

- Expert depositions; and
- Special Master review of ongoing issues related to the privilege logs from the Steelman Parties; Non-Party Aaron Squires, Esq.; Jim Main; Non-Party CliftonLarsonAllen; Non-Party Pacific Casino & Entertainment Group, Ltd.; Defendant Christiania, LLC; Defendant Keepsake, Inc.; Defendant Paul Steelman, Ltd.; Defendant Paul Steelman; Design Group, Inc.; Defendant SMMR, LLC; and Plaintiff Bock.

## III. REASONS WHY EXTENSION IS REQUIRED

The parties have continued to work diligently and in good faith to address complex privilege issues that have dominated discovery in this case. Since the April Status Report, the Parties successfully engaged Special Master Hon. Carl W. Hoffman (Ret.) ("Special Master Hoffman"), who held a May 8, 2026, conference call attended by counsel for all Parties which oriented Special Maser Hoffman on the outstanding issues. Special Master Hoffman released a Scheduling Order that same day, ordering the Parties to "provide a joint brief which outlines the preliminary discovery issues to be resolved."

On June 22, 2026, the Parties submitted a detailed Joint Status Report to Special Master Hoffman outlining each party's position on the outstanding privilege log issues, along with a proposal that the parties submit briefs on the more substantial issues. Special Master Hoffman reviewed the report, and suggested the Parties begin briefing. Based on this, the Parties agreed to the following briefing schedule for the first four (4) briefs, which Special Mater Hoffman committed to an order on August 5, 2026:

| Topic | Page limit for both parties, excluding exhibits | Bock Due Date | Steelman Response Due Date |
|---|---|---|---|
| Waiver of Privilege Based Upon Mr. Steelman's | 7 | August 14, 2026 | August 28, 2026 |



WEINBERG WHEELER HUDGINS GUNN & DIAL

| | | | |
|---|---|---|---|
| Testimony | | | |
| Crime-Fraud Exception | 15 | August 14, 2026 | August 28, 2026 |
| Bock's Obligation to Log Privileged Documents | 7 | August 28, 2026 | September 18, 2026 |
| Use of Rulings in New Jersey Related Proceedings | 10 | August 28, 2026 | September 18, 2026 |

In addition, the Parties agreed to exchange lists of documents they take issue with from the Parties' respective privilege logs and potentially exchange more briefs depending on the outcomes of the first four (4) issues. Accordingly, the Parties will be occupied primarily with the outstanding privilege issues before Special Master Hoffman until, at the very least, the end of September.

In addition, trial is currently scheduled for February 1, 2027, in the related Superior Court of New Jersey, Atlantic County, Civil Division case of Ernest Bock LLC v. Paul Steelman, et. al. (Docket No. ATL-L-2294-15) (the "New Jersey Matter"). However, due to recent scheduling issues, the Parties anticipate the February 1, 2027, trial date will be adjourned to a later date. The Parties agree that the New Jersey Matter should be resolved prior to the Parties reaching the pre-trial phase— if not the dispositive motion phase— of this matter, as numerous issues in this matter can be resolved by the outcome there. Accordingly, the need to resolve the New Jersey Matter prior to, at the latest, the pre-trial phase of this matter serves as another basis to push out the discovery schedule. The Parties believe that the best solution would be to extend each deadline set out in the Parties' Eighth Request and Stipulation for Extension (ECF No. 323) by five (5) months. The exact dates are set out in the Proposed Discovery Schedule below.

This Stipulation fully satisfies Local Rule IA 6-1 and Local Rule 26-3. The Parties establish good cause in support of the requested relief. The proposed five (5) month extension is both reasonable and necessary to avoid repeated piecemeal requests, allow adequate time for the

WEINBERG WHEELER HUDGINS GUNN & DIAL

special master process to resolve outstanding privilege issues, and allow adequate time for the New Jersey Matter to resolve.

## IV. PROPOSED DISCOVERY SCHEDULE

| Event | Current Deadline | Proposed Deadlines |
|---|---|---|
| Initial Expert Disclosure | September 27, 2026 | February 26, 2027 |
| Rebuttal Expert Disclosure | October 31, 2026 | March 31, 2027 |
| Interim Status Report | November 16, 2026 | April 16, 2027 |
| Discovery Cut Off | December 14, 2026 | May 14, 2027 |
| Dispositive Motions | January 30, 2027 | June 30, 2027 |
| Joint Pre-Trial Order | March 4, 2027 | August 4, 2027 |

DATED: August 14, 2026

**HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.**

BY: /s/ *Evan M. Labov*
EVAN M. LABOV, ESQ. *(pro hac vice)*
evan@hpattorneys.com
30 South New York Avenue
Atlantic City, NJ 08401
*Pro-Hac Counsel for Plaintiff*

DATED: August 14, 2026

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: /s/ *Emily A. Ellis*
FRANK M. FLANSBURG III, ESQ., #6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ.
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for the Steelman Parties*

DATED: August 14, 2026

**GREENBERG TRAURIG, LLP**

BY: /s/ *Jerrell Berrios*
JERRELL BERRIOS, ESQ.
berriosj@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorney for Corporate Defendants*

DATED: August 14, 2026

**SOLOMON DWIGGINS FREER & STEADMAN, LTD.**

BY: /s/ *Roberto M. Campos*
ROBERTO M. CAMPOS, ESQ.
rcampos@sdfnvlaw.com
9060 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Matthew Mahaney, Esq.*

**ORDER**

IT IS SO ORDERED this 15th day of August 2026; provided, however. that the parties must submit a report no later than March 1, 2027 regarding the status of the New Jersey Action as well as discovery in this matter. Status reports are due every 90 days thereafter until discovery in this matter closes.

Elayna J. Youchah

U.S. MAGISTRATE JUDGE





WEINBERG WHEELER HUDGINS GUNN & DIAL