Jeremy R. Alberts, Esq.
*jalberts@wwhgd.com*
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838

*Local Counsel for Plaintiff, Ernest Bock L.L.C.*

John F. Palladino, Esq.
*john@hpattorneys.com*
Evan M. Labov, Esq.
*evan@hpattorneys.com*
HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.
30 South New York Avenue
Atlantic City, NJ 08401
Telephone: (609) 344-5161

*Pro Hac Counsel for Plaintiff, Ernest Bock L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERNEST BOCK, L.L.C.,

Plaintiff,

vs.

PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY,

Defendants.

Case No.: 2:19-cv-01065-JAD-EJY

**~~PROPOSED~~ ORDER TO ADOPT SPECIAL MASTER HOFFMAN'S RULING ON THE WAIVER OF PRIVILEGE BASED ON CRIME FRAUD ISSUE**



WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER HUDGINS GUNN & DIAL

On October 6, 2026, Special Master Hoffman submitted an order recommending that Plaintiff's Ernest Bock L.L.C.'s request for *in camera* review of the documents identified in Defendants' privilege logs be granted. Pursuant to the Order appointing the Special Master (ECF No. 321), a party may file objections to, or a motion to modify, the Special Master's order, report, or recommendation no later than 21 days after a copy is served on all parties. No party has filed such objection or motion, and the time to do so has closed. Special Master Hoffman's Order on Waiver of Privilege Based Upon Crime Fraud Exception was submitted to the Court on October 8, 2026 (ECF. No. 340).

IT IS HEREBY ORDERED that Plaintiff Ernest Bock, L.L.C.'s, request for *in camera* review of the documents identified in the following Privilege Logs is GRANTED: (1) Steelman Parties' Amended and Restated Privilege Log, (2) Amended and Restated CLA and Main Privilege Log, (3) Christiania's Privilege Log, (4) Pacific Casino's Privilege Log, (5) Paul Steelman, Ltd.'s Privilege Log, (6) Paul Steelman Design Group's Privilege Log, (7) SMMR's Privilege Log, (8) Keepsake's Privilege Log, and (9) Squires' Privilege Log.

IT IS FURTHER ORDERED that the Crime Fraud issue shall be redirected back to Special Master Hoffman to determine the process, protocols, and timing for the ordered *in camera* review.

DATED this 9th day of November, 2026.

Elayna J. Youchah

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE