Jeremy R. Alberts, Esq.
*jalberts@wwhgd.com*
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838

*Local Counsel for Plaintiff, Ernest Bock L.L.C.*

John F. Palladino, Esq.
*john@hpattorneys.com*
Evan M. Labov, Esq.
*evan@hpattorneys.com*
HANKIN PALLADINO WEINTROB BELL & LABOV, P.C.
30 South New York Avenue
Atlantic City, NJ 08401
Telephone: (609) 344-5161

*Pro Hac Counsel for Plaintiff, Ernest Bock L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERNEST BOCK, L.L.C.,

Plaintiff,

vs.

PAUL STEELMAN, individually; MARYANN STEELMAN, individually; PAUL STEELMAN, as trustee of the Steelman Asset Protection Trust; MARYANN STEELMAN, as trustee of the Steelman Asset Protection Trust; JIM MAIN, as trustee of the Steelman Asset Protection Trust; STEPHEN STEELMAN; SUZANNE STEELMAN-TAYLOR; PAUL STEELMAN as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; MARYANN STEELMAN, as trustee of the Paul C. Steelman and Maryann T. Steelman Revocable Living Trust; PAUL STEELMAN, as the trustee of the Paul Steelman Gaming Asset Protection Trust; KEEPSAKE, INC.; SMMR, LLC; SMMR, LLC, SERIES A-Z; SSSSS, LLC; SSSSS, LLC, SERIES B; CHRISTIANIA, LLC; CHRISTIANIA, LLC, SERIES A-Z; COMPETITION INTERACTIVE, LLC; PAUL STEELMAN, LTD.; STEELMAN PARTNERS, LLP; PAUL STEELMAN DESIGN GROUP, INC.; SAPT HOLDINGS, LLC, SERIES B; AARON SQUIRES; and MATTHEW MAHANEY,

Defendants.

Case No.: 2:19-cv-01065-JAD-EJY

**~~PROPOSED~~ ORDER TO ADOPT SPECIAL MASTER HOFFMAN'S RULING ON THE WAIVER OF PRIVILEGE BASED ON PAUL STEELMAN'S TESTIMONY**

On October 6, 2026, Special Master Hoffman submitted an order recommending that Plaintiff's Ernest Bock L.L.C.'s motion to determine that Defendant Paul Steelman waived his attorney-client privilege by relying on the advice he received from his counsel, and that he disclosed the contents of discussions with his counsel, be denied. Additionally, Special Master Hoffman recommended that, because Mr. Steelman has argued that he is not relying on his counsel's advice as a defense, Mr. Steelman should not be allowed to in the future to invoke the advice of counsel defense.

Pursuant to the Order appointing the Special Master (ECF No. 321), a party may file objections to, or a motion to modify, the Special Master's order, report, or recommendation no later than 21 days after a copy is served on all parties. No party has filed such objection or motion, and the time to do so has closed. Special Master Hoffman's Order on Waiver of Privilege Based Upon Paul Steelman's Testimony was submitted to the Court on October 8, 2026 (ECF. No. 339).

IT IS HEREBY ORDERED that Plaintiff Ernest Bock, L.L.C.'s, motion to determine that Defendant Paul Steelman waived his attorney-client privilege by relying on the advice he received from his counsel, and that he disclosed the contents of discussions with his counsel, is DENIED.

IT IS FURTHER ORDERED that Mr. Steelman shall not be able to invoke the advice of counsel defense at any point going forward in this litigation as to any count asserted against him.

DATED this 9th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE